**James MARTIN, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 02–3178.

United States Court of Appeals, Federal Circuit.

DECIDED: Jan. 30, 2003.

*ORDER*

James Martin moves without opposition for reconsideration of the court's order dismissing his petition for review for failure to file a corrected appendix, with corrected brief and appendix attached, and for leave "to file the reply brief previously lodged with the office of the clerk."

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted, the dismissal order is vacated, and the mandate is recalled.